# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRANDON LAMONTE SORENSON, Defendant. | Case No. CR-18-76-GF-BMM **AMENDED ORDER** |

Defendant Brandon Lamonte Sorenson, having filed a Motion to Continue the Sentencing Hearing, the Government having no objection and good cause appearing;

IT IS HEREBY ORDERED that the Sentencing Hearing, presently scheduled for Wednesday, March 6, 2019, at 10:00 a.m., shall be continued to Thursday, April 11, 2019, at 10:00 a.m. The Presentence Report is due March 25, 2019.

IT IS FURTHER HEREBY ORDERED that the Sentencing Memoranda are due April 4, 2019.

DATED this 22nd day of February, 2019.

Brian Morris
United States District Court Judge